In the Matter of VIKING PUMP, INC. and WARREN PUMPS, LLC, Insurance Appeals. VIKING PUMP, INC. and WARREN PUMPS, LLC, Appellants, TIG INSURANCE COMPANY et al., Respondents.

Decided June 25, 2015

*See* — A3d —, 2015 WL 3618924, 2015 Del LEXIS 278.

Certification of questions by the Supreme Court of the State of Delaware, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY. Taking no part: Chief Judge LIPPMAN.

In the Matter of the Estate of STANLEY A. WAGNER, Deceased. JAAN AARISMAA, IV, Appellant; JOHN L. WAGNER, as Executor of STANLEY A. WAGNER, Deceased, Respondent.

Submitted April 13, 2015; decided June 25, 2015

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]). Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602 [a]).

Chief Judge LIPPMAN taking no part.